United States District Court
Southern District of Texas
FILED
JUN 0 3 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-20-941 |
| | § | |
| FILIBERTO MARTINEZ, JR. | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about May 12, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**FILIBERTO MARTINEZ, JR.**

did fraudulently and knowingly export and send from the United States, or attempt to export and send from the United States to the United Mexican States, any merchandise, article, or object, to wit: approximately 199 rounds of .50 caliber ammunition, without a license or written approval from the United States Department of Commerce, as required by Title 50, United States Code, Sections 4819 and Title 15, Code of Federal Regulations, Sections 730-744.

In violation of Title 18, United States Code, Sections 554(a) and 2.

## NOTICE OF FORFEITURE
### 18 U.S.C. § 554

Pursuant to 19 U.S.C. § 1595a (d) and 28 U.S.C. § 2461 the United States gives notice to defendant,

**FILIBERTO MARTINEZ, JR.**

that upon conviction of a violation of 18 U.S.C. 554, as charged in this Indictment, all merchandise

exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to the following:

199 rounds of .50 caliber ammunition

A TRUE BILL

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY